# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| STARSTONE NATIONAL INSURANCE COMPANY | § § § |
| | §　CIVIL ACTION NO.　1:16-CV-319 |
| v. | § |
| | § |
| LABELLECO FAB, CO, et al. | § |

## ORDER OF DISMISSAL

The parties' "Agreed Motion to Dismiss All Claims With Prejudice" (Doc. No. 105) is accepted. Accordingly, the above case is **DISMISSED** with prejudice, and each party shall bear its own costs of court. The Court retains jurisdiction to enforce any settlement. The Clerk is directed to close the case and deny all pending motions as moot.

**So Ordered and Signed**
Nov 2, 2017

_____
Ron Clark, United States District Judge